■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT LEE SMITH, Appellant.

The sentences imposed were not excessive *(see, People v Kazepis,* 101 AD2d 816). The sentencing court did not abuse its discretion in denying youthful offender treatment *(see, People v Jordan,* 115 AD2d 622). Thompson, J. P., Niehoff, Weinstein and Spatt, JJ., concur.